**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JULIE ANN RODRIGUEZ,

                Plaintiff,                          19 **CIVIL** 4351 (PED)

      -against-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Corrected Decision and Order dated June 4, 2020, Plaintiff's motion for judgment on the pleadings is denied, and Defendant's motion for judgment on the pleadings is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          June 5, 2020

                                                                    **RUBY J. KRAJICK**
                                                               _____
                                                                    **Clerk of Court**
                                        **BY:**   _____
                                                                    **Deputy Clerk**